REPRODUCTIVE HEALTH SERVICES et al., Appellants,

v.

David R. FREEMAN, Director, etc. et al., Appellees.

Nos. 79–1275, 79–1346.

United States Court of Appeals, Eighth Circuit.

Nov. 28, 1980.

Before ROSS and STEPHENSON, Circuit Judges, and McMANUS,* Chief District Judge.

---

* The Honorable Edward J. McManus, Chief Judge, United States District Court for the Northern District of Iowa, sitting by designation.

## ORDER

The judgment of this court, 614 F.2d 585, having been vacated and remanded for further consideration —— U.S. ——, 101 S.Ct. 57, 66 L.Ed.2d 13 in light of *Harris v. McRae*, 448 U.S. ——, 100 S.Ct. 2671, 65 L.Ed.2d 784 (1980); *Williams v. Zbaraz*, 448 U.S. ——, 100 S.Ct. 2694, 65 L.Ed.2d 831 (1980); and *Maher v. Gagne*, 448 U.S. ——, 100 S.Ct. 2570, 65 L.Ed.2d 653 (1980),

IT IS ORDERED that this cause is remanded to the United States District Court for the Western District of Missouri for consideration and proceedings in accord with the above–cited cases.